## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| COUNTRY INNS & SUITES BY CARLSON, INC., a Minnesota corporation, ) ) ) ) ) Plaintiff, ) ) vs. ) ) 3 AM, LLC, a Maryland corporation; ) KIRAN PATEL, a Virginia resident; ) and MANJULA PATEL, a Virginia ) resident, ) ) Defendants. ) | CASE NO. 14-cv-03126 (MJD-FLN) **ORDER FOR CONTEMPT** |

_____

THIS MATTER CAME ON BEFORE THIS COURT upon Plaintiff Country Inns & Suites By Carlson, Inc.'s Motion for an Order to Show Cause as to why Defendants should not be held in contempt for violating this Court's October 24, 2014, Order for Preliminary Injunction. Based upon the pleadings filed by Plaintiff, the arguments of counsel, and all of the records and filings herein, it is hereby ORDERED that:

1. Defendants 3 AM, LLC, Kiran Patel, and Manjula Patel are in contempt of the Court's October 24, 2014, Order for Preliminary Injunction ("Injunction Order");

2. Defendants shall immediately comply with the Injunction Order, which includes, but is not limited to, permanently removing all exterior and interior signs and advertising materials bearing Plaintiff's trademarks, trade name, or related service marks and permanently removing or painting over the Country Inn & Suites lettering on the exterior of the Hotel;

3.      If within seven days of the date of this Order Defendant has not complied with the Injunction Order, Plaintiff's representative, Mark Owens, Regional Vice President, Country Inns & Suites by Carlson, Americas, may enter the premises and guest lodging facility located at 8850 Hampton Mall Drive North, Capitol Heights, MD 20743 (the "Hotel") for the purpose of removing all signs and advertising materials bearing Plaintiff's trademarks, trade name, or related service marks and for the purpose of removing or painting over the Country Inns & Suites lettering on the exterior of the Hotel. Plaintiff's representative may only enter the premises of the Hotel for these purposes when accompanied by a U.S. Marshal for the District of Maryland, or the sheriff of Prince George County. Plaintiff shall use reasonable efforts to minimize any interference with the business of the Hotel while on the premises of the Hotel to perform the tasks set forth herein;

4.      Defendants shall, jointly and severally, be liable for all costs and expenses incurred by Plaintiff associated with removing all signs and advertising materials from the Hotel that bear Plaintiff's trademarks, trade name, or related service marks and removing or painting over the Country Inn & Suites lettering on the exterior of the Hotel; and

5.      Defendants shall, jointly and severally – and commencing from the date of this Order – pay Plaintiff the amount of $100.00 per day for each day that they continue to violate the Injunction Order.

IT IS FURTHER ORDERED that Defendants shall file with the Court and serve on Plaintiff within fifteen (15) days from the date of this Order a written report, under

oath, setting forth in detail the manner, time, and form in which they have complied with the Injunction Order.

IT IS FURTHER ORDERED that Plaintiff is entitled to its reasonable attorneys' fees, costs, disbursements, and expenses incurred in connection with its motion and removing and/or covering all signs and materials bearing Plaintiff's trademarks from the Hotel.

SO ORDERED

Dated: May 26, 2015              **s/ Michael J. Davis**
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court